08-130-M-01

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

vs

| RIDLEY, DAVID M |

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| P2082179 | 08/16/2004 |
| EV88 | |

IMPROPER PARKING

*Defendant.*

**FILED**

FEB 27 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s)

- Collateral in the Amount of $ __$180.00__ may be Forfeited in Lieu of Appearance

Date __10/20/04__

_____
United States Magistrate Judge
**U.S. DISTRICT COURT**

RETURN

| RECEIVED | DATE 2/27/08 | LOCATION District Court |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT*

| | DATE 2/27/08 | LOCATION District Court |

Name __Kevin M. Kraemer__   Title __DUSM__   District __D/DC__
Date __2/27/08__   Signature _____

**United States District Court**
**Violation Notice**

Violation No: **P2082179**

FILED
FEB 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08-130-M-01

Loc Code: **EV-88**

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | Officer No |
|---|---|---|
| 8/16/04 11:20am | 32 CFR 234.18 | L1935 |

Place of Offense: Lane 8 and N. Rotary
Offense Description: Parking in an unauthorized area

Defendant's Last Name: **Lifkenhus**   First Name: **David**   MI: **M**

VEHICLE DESCRIPTION

| Vehicle Tag No | Vehicle Tag Date | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|

A ☐ YOU MUST APPEAR IN COURT  SEE INSTRUCTIONS
B ☒ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS  SEE INSTRUCTIONS
☐ I wish to terminate this matter by paying the collateral shown below, enclosed
☐ I plead not guilty and promise to appear as required

YOUR COURT DATE

United States Courthouse
401 Courthouse Square
Alexandria, Virginia 22314

Date: 10-15-04    Time: 9:00am

Collateral (fine): **$0.00**    For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1994    Original CVB Copy    Previous editions is obsolete

---

P2082179

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on August 16, 2004 while exercising my duties as a law enforcement officer in the Eastern District of Virginia.

I observed a vehicle bearing NJ New Jersey license plate X33A1A parked on S. Rotary at Lane 8 in the bus and Deaf unattended. The driver was interested to the DC license as David Ridley. When he later arrived at his vehicle. All the above events occurred in the above reservation.

☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 8/16/04
Date

Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
Date
U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1994

CVB Scan 2/27/2008 14:13:30

# UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE

## EASTERN DISTRICT OF VIRGINIA

**08-130-M-01**

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| RIDLEY, DAVID M | P2082179 | 08/16/2004 |
| | EV88 | |
| *Defendant* | IMPROPER PARKING | |

# • WARRANT OF ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount of $ **$180.00** may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

Sincerely,

UNITED STATES MARSHAL

BY _____
DEPUTY UNITED STATES MARSHAL

DATE OF NOTICE:
PHONE:

PLEASE BE SURE TO
INCLUDE YOUR VIOLATION
NOTICE NUMBER, DATE
ISSUED AND REFERENCE
TO PERSON FINE IS BEING
PAID FOR IF OTHER THAN
PAYER ON ALL CHECKS OR
MONEY ORDERS

08-130-M-01



United States Marshals Service
LIMITED OFFICIAL USE
Subject Report for RIDLEY,DAVID M (FID 954838)

Name : RIDLEY,DAVID M
FID# : 954838
Status : ACTIVE  Subject is NOT in NCIC for USMS

### Alias List
| Seq. # | Alias |
|---|---|
| 1 | RIDLEY,DAVID MARTIN |

### DOB List
| Seq. # | Date of Birth | Place of Birth |
|---|---|---|
| | | |

### Social Security Number List
| Seq. # | Social Security Number |
|---|---|
| | |

### Subject Description List
| Seq. # | Eyes | Hair | Height | Weight | Skin | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | M |

| Seq. # | Phone |
|---|---|
| 1 | |
| 2 | |

### Operator License List
| Seq. # | Operator License | State | Year |
|---|---|---|---|
| 1 | | | |

Case Number: 0583-1102-0349-H
    Case Status: ACTIVE
    Originating District: 083 - VA/E ALEXANDRIA (Warrants)
    Charge Information
        Agency: USMS
        Charge: 5499, Traffic Offense - IMPROPER PARKING
        Violation: P2082179 EV88
        Warrant Date: 08/16/2004
        Date Received: 10/21/2004
        OCDE: No
        Contact/Phone: 703-837-5501
        Remarks: CASE #P2082179 EV88